IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KATIE YOUNG**                                                                       **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO. 4:25-CV-83-DMB-DAS**

**MISSISSIPPI VALLEY STATE UNIVERSITY**                        **DEFENDANT**

### ORDER GRANTING DEFENDANT'S MOTION TO STRIKE

On August 14, 2025, this court denied Plaintiff's motion for leave to file an amended complaint [Dkt. 16]. Despite that denial, Plaintiff filed an amended complaint on August 19, 2025, which Defendant has moved to strike. The matter has been fully briefed and is ripe for review.

"The failure to obtain leave results in an amended complaint having no legal effect." *U.S. ex rel. Matthews v. HealthSouth Corp.*, 332 F.3d 293, 296 (5th Cir. 2003). Plaintiff not only failed to obtain leave but ignored the court's order denying leave. Defendant's motion is therefore well-taken and is hereby **GRANTED.**

Plaintiff's second Amended Complaint [Dkt. 17] is hereby **STRICKEN.**

**SO ORDERED**, this the 16th day of September, 2025.

                                                                 /s/ David A. Sanders
                                                                 **UNITED STATES MAGISTRATE JUDGE**